No. 591. UNITED STATES v. SUDA REYNOLDS. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *The Solicitor General* for the United States. *Mr. Jesse D. Lydick* for respondent.

No. 614. MECCANO, LIMITED, v. JOHN WANAMAKER, NEW YORK. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Reeve Lewis, Mr. W. B. Kerkam* and *Mr. Ralph L. Scott* for petitioner. *Mr. H. A. Toulmin* for respondent.

No. 618. BOARD OF PUBLIC UTILITY COMMISSIONERS v. YUCHAUSTI & COMPANY ET AL. October 28, 1918. Petition for a writ of certiorari to the Supreme Court of the Philippine Islands granted. *Mr. Edward S. Bailey* and *Mr. Chester J. Gerkin* for petitioner. *Mr. Alexander Britton* and *Mr. Evans Browne* for respondents.

No. 619. MICHAEL U. BOEHMER v. PENNSYLVANIA RAILROAD COMPANY. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Edwin C. Brandenburg* for petitioner. *Mr. Frederic D. McKenney* for respondent.

No. 637. NEW YORK CENTRAL RAILROAD COMPANY v. WILBUR H. MOHNEY. October 28, 1918. Petition for a writ of certiorari to the Court of Appeals of Lucas County, State of Ohio, granted. *Mr. John H. Doyle* and *Mr.*